United States District Court
Southern District of Texas

**ENTERED**

June 16, 2020
David J. Bradley, Clerk

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

**HENRY ARMSTRONG, et al.,**
**Each Individually and on Behalf of All**
**Others Similarly Situated,**

    **Plaintiffs,**

**v.**

**TEJAS COURIER, LLC, MARK VARGAS,**
**and AMAZON LOGISTICS, INC.,**

    **Defendants.**

**CIVIL ACTION NO. 4:17-cv-1521-KPE**

## ORDER GRANTING JOINT MOTION
## FOR REINSTATEMENT AND APPROVAL OF SETTLEMENT AGREEMENT

Before the Court is the parties' Joint Motion for Reinstatement and Approval of Settlement Agreement. After due consideration, the parties' Motion is GRANTED.

The Court hereby reinstates this case and approves the parties' settlement.

The parties' Settlement Agreement shall remain sealed.

In accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure, the claims of Plaintiff and all class members are hereby dismissed, with prejudice, with the Court retaining jurisdiction for the sole purpose of enforcing the provisions of the settlement, if necessary.

IT IS SO ORDERED this __16ᵗʰ__ day of ___June_____, 2020.

_____
UNITED STATES DISTRICT JUDGE